UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CONSIGLI CONSTRUCTION CO., INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | Docket No. 1:14-cv-00361-DBH |
| v. ) | |
| ) | |
| ACADIA INSURANCE COMPANY, ) | |
| et al., ) | |
| ) | |
| Defendants ) | |

## **STIPULATION OF DISMISSAL**

The parties, through their attorneys and pursuant to F.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the within action, including counterclaim and third-party complaints, with prejudice and without costs to any party.

Dated:  March 10, 2015        /s/ *Jeremy Ritzenberg*
                              Jeremy Ritzenberg, Esq.
                              Attorney for Plaintiff and Counterclaim Defendant
                                Consigli Construction Co., Inc.

Dated:  March 10, 2015        /s/ *James D. Poliquin*
                              James D. Poliquin, Esq.
                              Attorney for Defendant Acadia Insurance Company

Dated:  March 10, 2015        /s/ *Stephen B. Wade*
                              Stephen B. Wade, Esq.
                              Attorney for Defendant Old Republic General
                                Insurance Corporation

Dated:  March 10, 2015        /s/ *David C. King*
                              David C. King, Esq.
                              Attorney for Defendant, Counterclaim Plaintiff
                                and Third-party Plaintiff Roof Systems of Maine

Dated:  March 10, 2015	/s/ *H. Peter Del Bianco, Jr.*
	H. Peter Del Bianco, Jr., Esq.
	Attorney for Defendant, Counterclaim Plaintiff and
	  Third-party Plaintiff Roof Systems of Maine


Dated:  March 10, 2015	/s/ *James M. Bowie*
	James M. Bowie, Esq.
	Attorney for Defendant, Counterclaim Plaintiff and
	  Third-party Plaintiff Roof Systems of Maine


Dated:  March 10, 2015	/s/ *Clifford H. Ruprecht*
	Clifford H. Ruprecht, Esq.
	Attorney for Third-party Defendant Damon Insulation


Dated:  March 10, 2015	/s/ *Tracy D. Hill*
	Tracy D. Hill, Esq.
	Attorney for Third-party Defendant ABM Mechanical,
	  Inc.